[Civ. No. 13140.   Second Dist., Div. One.   May 28, 1942.]

NATIONAL GUARANTY LIFE COMPANY (a Corporation), Appellant, v. A. CAMINETTI, JR., as Insurance Commissioner, etc., Respondent.

Sherman & Sherman, Robert W. Kenny, Morris E. Cohn and W. B. Thomas for Appellant.

Earl Warren, Attorney General, and John L. Nourse, Deputy Attorney General, for Respondent.

DRAPEAU, J. pro tem.—This is a companion case to *A. Caminetti, Jr., Insurance Commissioner of the State of California* v. *National Guaranty Life Company,* Civil No. 13166, *ante,* page 835 [126 P. (2d) 170]. The case is moot for the same reason set forth in *State Mutual Life Insurance Company* v. *A. Caminetti, Jr., as Insurance Commissioner in and for the State of California,* Civil No. 13139, *ante,* page 328 [126 P. (2d) 172], this day decided.

The appeal from the judgment is dismissed.

York, P. J., and Doran, J., concurred.